IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 28 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**LUIS ALBERTO HERNANDEZ-FLORES,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. 25-909 MJ

Count 1: 8 U.S.C. §1325(a)(1):
Illegal Entry Without Inspection

Count 2: 50 U.S.C. § 797:
Penalty for Violation of Security
Regulations

## INFORMATION

The United States Attorney charges:

### Count 1

On or about April 24, 2025, in Doña Ana County in the District of New Mexico, the defendant, **LUIS ALBERTO HERNANDEZ-FLORES,** who was then and there an alien, did knowingly and unlawfully enter into the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

### Count 2

On or about April 24, 2025, in Doña Ana County in the District of New Mexico, the defendant, **LUIS ALBERTO HERNANDEZ-FLORES,** willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a

restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized

entry into the New Mexico National Defense Areas, a defense property security regulation.

     In violation of 50 U.S.C. § 797.

RYAN ELLISON
United States Attorney

200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304